MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. COLOMBE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, ET AL., <br><br> Defendants. | CASE NO. 2:24-CV-03397-TLN-SCR <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

    The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. In this case, Plaintiff Albert J. Colombe ("Plaintiff Colombe") alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending I-130 petition for alien relative, which he filed in 2021. USCIS previously scheduled Plaintiff Colombe's interview for January 29, 2025, but Plaintiff did not appear. USCIS is now working to re-schedule Plaintiff's interview. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so following the successful complete of Plaintiff's interview.

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is March 10, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  February 4, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: February 4, 2025

/s/ CHUNG PHANG
CHUNG PHANG
Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated: February 5, 2025

_____
Troy L. Nunley
Chief United States District Judge